UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        Plaintiff,

                              **MOTION SCHEDULING ORDER**

      -vs-

                              05-CR-6161L

CHARLES SCHWAB, et al.,

        Defendants.
_____

On March 21, 2007, the defendant John Nicolo filed a motion transferring venue of this action (Dkt. #74) . All responding papers relevant to this motion must be filed with the Court by April 20, 2007. When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

    **IT IS SO ORDERED**.

                                               _____
                                               DAVID G. LARIMER
                                               UNITED STATES DISTRICT JUDGE

Dated:        Rochester, New York
                March 23, 2007.