UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                    Plaintiff,

DECISION AND ORDER

05-CR-6161L

      v.

JOHN NICOLO, DAVID FINNMAN,
and CONSTANCE ROEDER,

                    Defendants.
_____

By notice of motion (Dkt. #307), the *Democrat & Chronicle* (hereinafter "D&C") moved to intervene in the action in order to seek clarification and/or be heard relative to the Court's oral decision, announced in open court on May 20, 2008, restricting contact with jurors concerning their deliberations. No party has filed any paper concerning the motion.

The D&C's motion (Dkt. #307) to the extent it seeks leave to intervene is granted. If the D&C wishes to submit any additional material, it must do so on or before June 17, 2008.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       June 3, 2008.