UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                    Plaintiff,

                                      SCHEDULING ORDER
                                      RELATIVE TO FORFEITURE
                                      COUNTS OF INDICTMENT

                                      05-CR-6161L

                    v.

JOHN NICOLO, CONSTANCE ROEDER,
DAVID FINNMAN,

                    Defendants.
_____

      The jury has returned its verdict as to liability and sentencing is currently scheduled. The parties, however, need to brief their positions relative to the forfeiture counts.

      To that end, I direct the Government to file its brief on or before August 6, 2008, as to both the procedure that must be followed as well as the Government's substantive arguments concerning forfeiture. The defense must respond on or before August 20, 2008, as to their position relative to the Government's submission.

      IT IS SO ORDERED.

                                                _____
                                                DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
       July 8, 2008.