UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                    Plaintiff,

                                                                                            ORDER

                                                                                           05-CR-6161L

                        v.

JOHN NICOLO,
CONSTANCE ROEDER,
DAVID FINNMAN,

                                    Defendants.
_____

      I understand from Probation Officer Kevin Lyons that the presentence reports as to all defendants have been distributed. Please adhere to the following schedule concerning any objections to that report.

      First, before filing any objections with the Court, please engage in the required administrative process with Officer Lyons to work to resolve any disputed issues.

      Second, objections, if any, must be filed with the Court on or before October 27, 2008. The Government must reply, if inclined to do so, by November 10, 2008.

      Once I have received the objections, I will be in a position to determine the nature and the extent of them and will, accordingly, schedule a sentencing hearing to resolve disputed issues. I anticipate that this first hearing will just involve objections to the presentence report and, once those

objections are resolved, I will schedule another proceeding, or proceedings, for actual imposition of the sentences.

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       October 6, 2008.