UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                                 SCHEDULING ORDER

                                                 05-CR-6161L

                v.

JOHN NICOLO,
CONSTANCE ROEDER,
DAVID FINNMAN,

                Defendants.
_____

      The Court conducted a status conference with Government counsel and all defense counsel on October 16, 2008. It was agreed that the Court's Order of October 6, 2008 (Dkt. # 366) would be modified and that objections to the presentence reports must be filed on or before November 17, 2008, and the time within which to reply to objections moved to December 1, 2008. It is, of course, expected that the parties will attempt to resolve disputes with Probation Officer Kevin Lyons prior to filing formal objections.

      The Court will entertain another telephone conference on November 12, 2008 at 4 p.m. to discuss procedure and other sentencing issues according to the same procedure and format as has been the practice to date.

      IT IS SO ORDERED.

                                               _____
                                                   DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       October 17, 2008.