UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                         Plaintiff,

                                                          <u>ORDER TO PRODUCE</u>

                                                          05-CR-6161L

            v.

JOHN NICOLO,

                         Defendant.
_____

      Two months ago, on March 6, 2009, I entered an Order (Dkt. #451) scheduling the hearing on restitution for May 11, 2009. The Court was just advised today, May 5, 2009, that arrangements had not been made by the Government to bring the defendant John Nicolo, who is presently incarcerated at FCI Elkton, to court for that hearing.

      IT IS HEREBY ORDERED that defendant, John Nicolo, currently housed at FCI Elkton, Ohio, is ordered to be produced forthwith at the United States Courthouse, Rochester, New York on **Monday, May 11, 2009 at 8:30 a.m.** for the restitution hearing.

      IT IS SO ORDERED.

                                                _____
                                                  DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
        May 5, 2009.